No. 96–7815. POSEY v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 96–7820. TRILLO v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–7822. WILDER ET AL. v. MASSACHUSETTS DEPARTMENT OF CORRECTION ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–7840. JENSON v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–7879. JAHANNES v. REID. Ct. App. Ga. Certiorari denied.

No. 96–8023. FITZGERALD v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–8076. MITCHELL v. PARKER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 96–8085. RADCLIFFE v. HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 96–8086. TUERK v. OTIS ELEVATOR CO., INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–8093. OLIVER v. ROSSEN ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 96–8094. MILLER v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–8096. MULTANI v. UNITED STATES ET AL. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 96–8099. FARMER v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 96–8104. VRETTOS v. STAGE HOUSE INN ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–8112. BOOKER v. WORSHAM ET AL. C. A. 5th Cir. Certiorari denied.